Rosalia Rosenblum, Respondent, v. Leonard H. Wood, Appellant.— Motion denied, without costs. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

Sackett & Wilhelms Lithographing and Printing Company, Appellant, v. Buchan's Soaps Corporation, Defendant, Impleaded with Leonard Bronner, as Trustee, etc., Respondent.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

Richard F. B. Seaman, Respondent, v. Fitzhugh Smith, Appellant.— Motion to dismiss appeal granted, with costs, unless the appellant pay the respondent the sum of ten dollars and place the case at the foot of the present calendar Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

Julius Silver, Appellant, v. Jachiel Rebhun, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

Clare F. Thomas, Respondent, v. John H. Springer, Appellant.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

Charles R. Thomas, Respondent, v. John H. Springer, Appellant.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

Peter H. Van Haaren, Respondent, v. The Long Island Railroad Company, Appellant.— Motion for reargument denied, with costs. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

Carl Weinberg, Respondent, v. Charles Wichern, Appellant.— Motion to dismiss appeal granted, with costs. Present — Hirschberg. P. J., Jenks, Burr, Thomas and Carr, JJ.

Henry Weyand and Others, Respondents, v. The Park Terrace Company, Appellant, Impleaded with Others.— Motion to resettle order granted, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Frank S. Williams, Respondent, v. Charles Bettels, Appellant.— Motions denied, without costs. Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

Leo Yampolsky, Respondent, v. Fulton Metal Company, Appellant. (No. 1.) — Motion to dismiss appeal denied, without costs. Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

Leo Yampolsky, Respondent, v. Fulton Metal Company, Appellant. (No. 2) — Motion to amend the notice of appeal *nunc pro tunc* granted upon payment of ten dollars costs. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

Adolf Bergida, Respondent, v. Assik Burstein, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

Pearl Bernstein, Respondent, v. Samuel Baumann, Appellant.— Order denying motion to dismiss reversed, with ten dollars costs and disbursements, upon the ground that statements in defendant's affidavit, uncontroverted or unexplained, show that plaintiff was guilty of unreasonable delay and neglect to proceed with the action, and motion granted, with ten dollars costs. Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ., concurred.